Kyle W. Jones-1744
Attorney for Defendant Edwin B. Parry P.C.
420 East South Temple, Suite 470
Salt Lake City, Utah 84111
Telephone: (801) 359-7771
kyle@kylewjoneslaw.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH CENTRAL DIVISION

| | | |
|---|---|---|
| CRYSTAL ROBERTS, | ) | |
| | ) | CERTIFICATE OF DELIVERY OF |
| Plaintiff, | ) | INITIAL DISCLOSURES OF EDWIN |
| | ) | B. PARRY, P.C. |
| vs. | ) | |
| | ) | Case No. 2:17-cv-01272-DB |
| EDWIN B. PARRY, P.C. AND | ) | |
| EXPRESS RECOVERY SERVICES, INC. | ) | |
| Defendants. | ) | |

The undersigned certifies that a true and correct copy of the foregoing **INITIAL DISCLOSURES OF DEFENDANT EDWIN B. PARRY P.C.** was served upon:

Joshua Trigsted                              ☐ United States Mail
Trigsted Law Group, P.C.                     ☐ Electronic Notification System
5200 SW Meadows Rd. Ste 150                  ☐ Hand Delivery
Lake Oswego, OR 97035                        ☐ E-Mail Transmission


Joseph J. Lico, Esq.
Patricia Jo Stone, P.C.
Parker Station Suite 200
19751 E. Mainstreet
Parker, Colorado 80138

via first class-mail, postage prepaid, on April 13, 2018.


/s/ *Kyle W Jones*