Kyle W. Jones-1744
Attorney for Defendant Edwin B. Parry P.C.
420 East South Temple, Suite 470
Salt Lake City, Utah 84111
Telephone: (801) 359-7771
kyle@kylewjoneslaw.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CRYSTAL ROBERTS, ) | |
| ) | CERTIFICATE OF DELIVERY OF |
| Plaintiff, ) | INITIAL DISCLOSURES OF EDWIN |
| ) | B. PARRY, P.C. |
| vs. ) | |
| ) | Case No. 2:17-cv-01272-DB |
| EDWIN B. PARRY, P.C. AND ) | |
| EXPRESS RECOVERY SERVICES, INC. ) | |
| Defendants. ) | |

The undersigned certifies that a true and correct copy of the **ANSWERS TO REQUESTS FOR PRODUCTION OF DOSUMENTS and REPLY TO REQUESTS FOR ADMISSIONS OF EDWIN B. PARRY P.C.** was served upon:

Joshua Trigsted                          ☐ United States Mail
Trigsted Law Group, P.C.                 ☐ Electronic Notification System
5200 SW Meadows Rd. Ste 150              ☐ Hand Delivery
Lake Oswego, OR 97035                    ☐ E-Mail Transmission


Joseph J. Lico, Esq.
Patricia Jo Stone, P.C.
Parker Station Suite 200
19751 E. Mainstreet
Parker, Colorado 80138

via first class-mail, postage prepaid, on April 13, 2018.


/s/ *Kyle W Jones*